of Appeal the result reached by the Court is correct.

230 So.2d 92

**Oliver PARNELL**

v.

**Claude E. BAHAM, Clay-Dutton, Inc., Lumbermens Mutual Insurance Company and Travelers Insurance Company.**

No. 50290.

Jan. 20, 1970.

In re: Oliver Parnell applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 228 So.2d 53.

Writ refused. Under the facts found by the Court of Appeal there is no error of law in the judgment.

230 So.2d 92

**Jean A. QUARTEMONT, et al.**

v.

**AVOYELLES PARISH POLICE JURY.**

No. 50291.

Jan. 20, 1970.

In re: Jean A. Quartemont and Charles F. Dupuy applying for certiorari, or writ

of review to the Court of Appeal, Third Circuit, Parish of Avoyelles. 228 So.2d 199.

The application is denied. There appears no error of law in the judgment complained of.